E-filing

FILED
08 MAR 24 PM 1:23

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C C08-01340

, 

    Plaintiff(s),

v.

,

    Defendant(s).

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 21, 2008

_____
Signature

Counsel for Plaintiff, Efren Zamora
(Plaintiff, Defendant or indicate "pro se")

Zamora v United States
United States District Court, Northern District of California, Action No. C 08-01340 BZ

**PROOF OF SERVICE BY MAIL**

Thomas Quick, JD certifies:

    I am an active member of the State Bar of California and am not a party to this action. My business address is 1901 Harrison Street, 9th Floor, Oakland, California 94612. On March 21, 2008, I deposited in the United States mail at Oakland, California a copy of this PROOF OF SERVICE BY MAIL and the attached:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

in a sealed envelope, with postage fully prepaid, addressed as follows:

United States Attorney Joseph P. Russoniello
11th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mar 21, 08

Thomas Quick, JD
Attorney for Plaintiff, Efren M. Zamora

- 1 -
PROOF OF SERVICE