| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>THOMAS .QUICK, MD<br>1901 HARRISON STREET, SUITE 900<br>OAKLAND, CA  94612 | | TELEPHONE NO.<br>(510)  903-8841 | FOR COURT USE ONLY<br>'ILED |
|---|---|---|---|
| ATTORNEY FOR (NAME) | | REFERENCE NUMBER<br>0G954375-01 | 08 MAR 24  PM 1:22 |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT | | | ... ... ... ... ...<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| SHORT NAME OF CASE<br>EFREN M. ZAMORA vs. UNITED STATES | | | |

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0801340BZ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

|  |  |
|---|---|
| **Name:** | UNITED STATES DEPARTMENT OF VETERANS AFFAIRS VETERANS ADMINISTRATION MEDICAL CENTER |
| **Person Served:** | CYNTHIA DANIEL |
| **Title:** | LEGAL COUNSEL |
| **Date of Delivery:** | 03/10/08 |
| **Time of Delivery:** | 04:40 pm |
| **Place of Service:** | 1301 CLAY STREET, STE 340S |
|  | OAKLAND, CA 94612                              (Business) |
| **Manner of Service:** | Personal Service - By Personally Delivering Copies. |

**In Compliance With:**    [X]  Federal Rules of Civil Procedure

[ ]  California Code of Civil Procedure

**Fee for service:**     $ 111.63

---

| JUDICIAL COUNCIL FORM, RULE #982 (A)(23) | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed |
|---|---|
| [X]  Registered: . . . . . ALAMEDA . . . . . County,<br>Number: . . . . . . . . . 958 . . . . . . . . . . . . .<br>**Attorneys Diversified Services**<br>2421 Mendocino Avenue, #200A<br>SANTA ROSA, CA  95403<br>(707) 545-5455 | on: . . . . . . . . . . . March 12, 2008 . . . . . . . . ,<br>at: . . . . . . . Oakland, CA 94610 . . , California.<br><br>Signature: _____<br>Name: PAUL HOLLINS |
| 30B/0G954375-01          Client File # ZAMORA V. UNITED STATES<br>PROOF OF SERVICE | Title: REGISTERED PROCESS SERVER |

## ZAMORA V. UNITED STATES
## CASE #C0801340

### LIST OF DOCUMENTS TO BE SERVED

1) SUMMONS IN A CIVIL CASE

2) COMPLAINT DEMAND FOR JURY TRIAL

3) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

4) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

5) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

6) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

7) STANDING ORDERS

8) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

9) ECF REGISTRATION INFORMATION HANDOUT

G954375