JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-6967
  FAX: (415) 436-6748
  melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EFREN M. ZAMORA, ) | No. C-08-01340 BZ |
| ) | |
| Plaintiff, ) | **FEDERAL DEFENDANT'S** |
| ) | **DECLINATION TO PROCEED** |
| v. ) | **BEFORE A MAGISTRATE JUDGE** |
| ) | **AND** |
| UNITED STATES OF AMERICA, ) | **REQUEST FOR REASSIGNMENT TO** |
| ) | **DISTRICT COURT JUDGE** |
| Defendant. ) | |

Defendant the UNITED STATES, by and through its undersigned counsel, hereby does not consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby respectfully requests the reassignment of this case to a United States District Judge.

DATED: April 24, 2008            Respectfully submitted,
                                 JOSEPH P. RUSSONIELLO
                                 United States Attorney

                                         /S: Melissa Brown
                                 _____
                                 MELISSA K. BROWN
                                 Assistant United States Attorney

THE FEDERAL DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE AND REQUEST
FOR REASSIGNMENT
C-08-01340 BZ