JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| EFREN M. ZAMORA, | ) | No. C-08-01340 BZ |
|     Plaintiff, | ) | PROOF OF SERVICE |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Defendant. | ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **April 24, 2008** she caused a copy of **FEDERAL DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO DISTRICT COURT JUDGE** filed **April 24, 2008**, to be served by U.S. mail upon the person at the place and address(es) stated below, which is the last known address:

**Thomas Gerald Quick**
**Attorney at Law**
**1901 Harrison Street, 9th Floor**
**Oakland, CA 94612**

THE FEDERAL DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE AND REQUEST
FOR REASSIGNMENT
C-08-01340 BZ

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Dated: April 24, 2008                               /s/
                                                    MANIK BOWIE
4                                                   Legal Assistant

THE FEDERAL DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE AND REQUEST FOR REASSIGNMENT
C-08-01340 BZ