UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Efren M. Zamora,                              No. C08-1340 BZ

    Plaintiff(s).

    v.                                        NOTICE OF IMPENDING
                                              REASSIGNMENT TO A UNITED
                                              <u>STATES DISTRICT COURT JUDGE</u>

United States of America,

    Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set for **June 16, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: April 25, 2008

                        Richard W. Wieking, Clerk
                        United States District Court



By: Lashanda Scott - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

reassign.DCT