**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                               415.522.2000

**April 28, 2008**

**CASE NUMBER: CV 08-01340 BZ**
**CASE TITLE: EFREN M. ZAMORA-v-UNITED STATES**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Samuel Conti** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/28/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                 Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                            Entered in Computer 4/28/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                                     Transferor CSA