IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EFREN ZAMORA,
    Plaintiff(s),

v.

UNITED STATES,
    Defendant(s).

No. C-08-1340-SC

Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **July 11, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    April 28, 2008                           FOR THE COURT,

                                                        Richard W. Wieking, Clerk

                                                        By: T. De Martini
                                                           Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California