JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
MELISSA K. BROWN (CABN 203307)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    melissa.k.brown@usdoj.gov

Attorneys for Defendant

THOMAS QUICK ESQ. (CABN 242639)
    1901 Harrison Street, 9th Floor
    Oakland, California 94612
    Telephone: (510) 903-8841
    Facsimile: (510) 903-8839

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EFREN M. ZAMORA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C-08-01340 SC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

    ☐    Non-binding Arbitration (ADR L.R. 4)

    ☐    Early Neutral Evaluation (ENE)  (ADR L.R. 5)

    **X**    Mediation (ADR L.R. 6) with deadline for mediation not to occur prior to the

1  deadline for the hearing for summary judgment.

2  (*Note: Parties who believe that an early settlement conference with a Magistrate Judge is

3  *appreciably more likely to meet their needs than any other form of ADR, must participate in*

4  *an ADR phone conference and may not file this form. They must instead file a Notice of*

5  *Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

6  **Private Process:**

7  ☐ Private ADR (please identify process and provider) _____

8  _____

9  The parties agree to hold the ADR session by:

10 ☐ the presumptive deadline (The deadline is 90 days from the date of the order referring the

11   case to an ADR process unless otherwise ordered. )

12 ☐ other requested deadline

13

14 DATED: May 28, 2008                Respectfully submitted,

15                                    JOSEPH P. RUSSONIELLO
                                      United States Attorney
16

17                                         S: Melissa Brown
                                      _____
18                                    MELISSA BROWN
                                      Assistant United States Attorney for the Defendant
19

20 DATED: May 28, 2008                THOMAS QUICK
                                      Attorney
21

22                                         S: Thomas Quick
                                      _____
23                                    THOMAS QUICK JD
                                      Attorney for Plaintiff Efren Zamora
24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
C-08-01340 SC                                2

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration

☐ Early Neutral Evaluation (ENE)

☐ Mediation

☐ Private ADR

Deadline for ADR session

☐ 90 days from the date of this order.

☐ other _____

IT IS SO ORDERED

DATED: _____                    _____
                                            HONORABLE SAMUEL CONTI
                                            United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
C-08-01340 SC                                3