JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
MELISSA K. BROWN (CABN 203307)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
FAX: (415) 436-6748
melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EFREN M. ZAMORA, ) | No. C-08-01340 SC |
| Plaintiff, ) | **THE PARTIES' ADR CERTIFICATION** |
| v. ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**a.**  Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**b.**  Discussed the available dispute resolution options provided by the Court and private entities; and

THE FEDERAL DEFENDANT'S ADR CERTIFICATION
C-08-01340 SC

    **c.** Considered whether this case might benefit from any of the available dispute resolution options.

DATED: June 3, 2008

                          /S

                          _____
                          COLEEN WELCH
                          For Department of Veterans Affairs

DATED: June 3, 2008                Respectfully submitted,
                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney
                                              /S

                                        _____
                                        MELISSA K. BROWN
                                        Assistant United States Attorney