| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) <br> United States Attorney |
| 2 | JOANN M. SWANSON (CABN 88143) <br> Chief, Civil Division |
| 3 | MELISSA K. BROWN (CABN 203307) <br> Assistant United States Attorney |
| 4 | 450 Golden Gate Avenue, Box 36055 <br> San Francisco, California 94102-3495 |
| 5 | Telephone: (415) 436-6967 <br> FAX: (415) 436-6748 |
| 6 | melissa.k.brown@usdoj.gov |
| 7 | Attorneys for Defendant |
| 8 | THOMAS QUICK ESQ. (CABN 242639) <br> 1901 Harrison Street, 9th Floor |
| 9 | Oakland, California 94612 <br> Telephone: (510) 903-8841 |
| 10 | Facsimile: (510) 903-8839 |
| 11 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| EFREN M. ZAMORA, | ) | No. C-08-01340 SC |
| Plaintiff, | ) | **JOINT STIPULATION AND** ~~**[PROPOSED]**~~ **ORDER SELECTING ADR PROCESS** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐     Non-binding Arbitration (ADR L.R. 4)

☐     Early Neutral Evaluation (ENE) (ADR L.R. 5)

X     Mediation (ADR L.R. 6) with deadline for mediation not to occur prior to the

JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
C-08-01340 SC

1  deadline for the hearing for summary judgment.

2  (*Note: Parties who believe that an early settlement conference with a Magistrate Judge is
3  appreciably more likely to meet their needs than any other form of ADR, must participate in
4  an ADR phone conference and may not file this form. They must instead file a Notice of
5  Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

6  **Private Process:**

7  ☐ Private ADR (please identify process and provider) _____

8  _____

9  The parties agree to hold the ADR session by:

10 ☐ the presumptive deadline (The deadline is 90 days from the date of the order referring the
11   case to an ADR process unless otherwise ordered. )

12 ☐ other requested deadline

13

14 DATED: May 28, 2008                Respectfully submitted,

15                                    JOSEPH P. RUSSONIELLO
                                       United States Attorney
16

17                                         S: Melissa Brown
                                       _____
18                                     MELISSA BROWN
                                       Assistant United States Attorney for the Defendant
19

20 DATED: May 28, 2008                THOMAS QUICK
                                       Attorney
21

22                                         S: Thomas Quick
                                       _____
23                                     THOMAS QUICK JD
                                       Attorney for Plaintiff Efren Zamora
24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
C-08-01340 SC                          2

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session

- ☐ 90 days from the date of this order.
- ☒ other   as stipulated

IT IS SO ORDERED

DATED: 6/4/08

_____
HONORABLE SAMUEL CONTI
United States District Court Judge

*IT IS SO ORDERED — Judge Samuel Conti* (seal: United States District Court, Northern District of California)