UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-1340          SAMUEL CONTI             DATE July 11, 2008
Case Number        Judge

Title: EFREN ZAMORA              vs UNITED STATES

Attorneys: THOMAS QUICK             MELISSA BROWN

Deputy Clerk: T. De Martini    Court Reporter: Joan Columbini

Court   Pltf's   Deft's
(XXX)   ( )      ( )     1. Status Conference - Held

( )     ( )      ( )     2.

( )     ( )      ( )     3.

( )     ( )      ( )     4.

( )     ( )      ( )     5.

( )Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff: 5/5/09     Pretrial Statements Due

Case Continued to 6/26/09 @ 10:00 A.M. for Pretrial Conference

Case Continued to 7/6/09 @ 9:30 A.M. for Jury Trial

Case Continued to                for Further Status Conference

Case Continued to 5/15/09 @ 10:00 A.M. for Motions

ORDERED AFTER HEARING:

cc: