| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | MELISSA K. BROWN (CSBN 203307)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6967 |
| 6 | FAX: (415) 436-6748<br>melissa.k.brown@usdoj.gov |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| EFREN M. ZAMORA, | ) | No. C-08-01340 SC |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

TO: THE COURT AND TO ALL PARTIES:

Please take notice that the above-captioned case has settled. The parties will be filing a settlement agreement shortly for the Court's approval. The parties jointly request that all hearings and case related dates be taken off calendar, but request that the Court reserve July 6, 2009 as a protective date should the parties not be able to complete a settlement agreement.

DATED: February 13, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

s/ Melissa Brown

_____
MELISSA K. BROWN
Assistant United States Attorney

NOTICE OF SETTLEMENT
C-08-01340 SC

*[Handwritten notation across page: "Denied / Dates to remain in place"]*